AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| Brent Avery and David Watson, et. al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Delta Air Lines, Inc., Airtran Holdings, Inc. et. al. | ) | |
| Defendant | ) | 1:09-CV-1391 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Airtran Airways, Inc., c/o its registered agent
C T Corporation System
1201 Peachtree Street, N.E.
Atlanta, GA 30361

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Cale Conley
CONLEY GRIGGS LLP
4400 Peachtree Road NE
Atlanta, GA 30319

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

Name of clerk of court

Date: _____ MAY 2009 _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____05/26/2009_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
CT Corporation System, 1201 Peachtree St NE, Atlanta, GA  30361 _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____

My fees are $ 0.00   for travel and $ 0.00   for services, for a total of $ 0.00 .

Date:   05/26/2009

*Server's signature*

Bonnie J. Young, Paralegal
Printed name and title

4400 Peachtree Road, N.E.
Atlanta, Georgia  30319
Server's address