AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Brent Avery and David Watson, et. al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| Delta Air Lines, Inc., AirTran Holdings, Inc. et. al. ) | 1:09-CV-1391 |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Delta Air Lines, Inc., c/o its registered agent
Corporation Service Company
40 Technology Parkway South, Suite # 300
Norcross, GA 30092

A lawsuit has been filed against you.

  Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Cale Conley
CONLEY GRIGGS LLP
4400 Peachtree Road NE
Atlanta, GA 30319

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

Date: 22 MAY 2009

                  Name of clerk of court

                  Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___05/26/2009___, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Corporation Service Co., 40 Technology Pkwy, S., Suite 300, Norcross, GA ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____ .

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

Date: 05/26/2009

*Server's signature*

**Stella Gray, Legal Assistant**
Printed name and title

4400 Peachtree Road, N.E.
Atlanta, Georgia 30319

Server's address